# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **ANTHONY KEITH VANOVER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 7:21CV00185 |
| ) | |
| v. ) | **OPINION** |
| ) | |
| **LORETTA BURKETT,** ) | By: James P. Jones |
| ) | United States District Judge |
| Defendant. ) | |

*Anthony Keith Vanover, Pro Se Plaintiff.*

The plaintiff, Anthony Keith Vanover, a Virginia inmate proceeding pro se, filed this civil rights action under 42 U.S.C. § 1983 in March of 2021. Vanover notified the court on April 26, 2021, that he had been released from jail. Therefore, Vanover is no longer subject to the provisions of the Prisoner Litigation Reform Act that allowed him to pay the $350 filing fee via installments withheld from his inmate trust account, as he had previously consented to do. A court order entered on April 27, 2021, directed Vanover to submit, within ten days from that date, the filing fee owed and the applicable administrative fee, a total of $400, or to otherwise respond to the court. Vanover was advised that a failure to comply within the time limits set out in the order would result in dismissal of this action without prejudice.

The time allotted for Vanover to pay the filing costs or to otherwise respond has passed, and he has failed to do so. Accordingly, I will dismiss the action without prejudice.

A separate final order will be entered herewith.

DATED: June 16, 2021

/s/  James P. Jones
United States District Judge